**FILED**
December 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | **S E A L E D** |
| Plaintiff, | § § | |
| v. | § § | **Case No: EP:23-CR-02507-KC** |
| **JESUS RODRIGUEZ DE LA CRUZ,** | § § | |
| Defendant. | § § | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this its Motion to Seal Indictment in the above-styled cause and would show the Court as follows:

On or about December 20, 2023, a federal grand jury sitting in this District returned a True Bill of Indictment, charging the above-named defendant in the above-numbered cause. The disclosure of the existence of the indictment may jeopardize the ability of law enforcement officers to locate and apprehend the defendant without incident. The Government therefore seeks an Order of the Court placing the Indictment and related documents concerning the above-named Defendant in the above-numbered cause under seal, until the Defendant is arrested. **When the Defendant is arrested, the Indictment and related documents will be unsealed.**

Accordingly, the United States respectfully requests that the Indictment in the above-entitled and numbered cause and this Motion and the proposed Order be sealed until further order of the Court or until the Defendant is arrested.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
ADRIAN E. GALLEGOS
Assistant U.S. Attorney
Texas Bar #24042413
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884