## United States District Court
### Western District of Texas
### El Paso Division

**FILED**
*January 19, 2024*
Clerk, U.S. District Court
Western District of Texas

By: *Vmedina*
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § **Case Number: EP:23-CR-02507(1)-KC LS**
§
**(1) Jesus Rodriguez De La Cruz** §
§
*Defendant* §

## ORDER SETTING ATTORNEY MATTERS - STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ATTORNEY MATTERS - STATUS CONFERENCE** in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

### Tuesday, January 30, 2024 @ 02:45 PM

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **19th day of January, 2024.**

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**